```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


LIZA MARTIN, on behalf of G.L.V.,   :   CIVIL ACTION
                                    :   NO. 11-5955
          Plaintiff,                :
                                    :
     v.                             :
                                    :
MICHAEL J. ASTRUE,                  :
Commissioner of the                 :
Social Security Administration,     :
                                    :
          Defendant.                :
```

# O R D E R

**AND NOW**, this **27th** day of **November, 2012,** upon careful and independent consideration of the parties' briefs and the Report and Recommendation of U.S. Magistrate Judge Lynne A. Sitarski, it is hereby **ORDERED** as follows:

1. The Report and Recommendation (ECF No. 21) is **APPROVED** and **ADOPTED**;[1]

2. Plaintiff's Request for Review is **GRANTED;** and

3. This matter is **REMANDED** to the Commissioner for further proceedings consistent with the Report and Recommendation.

---

[1] Neither party filed objections to the Magistrate Judge's Report and Recommendation.


**It is further ORDERED** that the Clerk of the Court shall enter **JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT**[2] and shall mark this case as closed for statistical purposes.

**AND IT IS SO ORDERED.**

                                 s/Eduardo C. Robreno
                                 **EDUARDO C. ROBRENO, J.**

---

[2] In a sentence four case, "[t]he district court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or revising the decision of the Secretary, with or without remanding the cause for a rehearing. . . ." Shalala v. Schaefer, 509 U.S. 292, 296 n.1 (1993) (citing 42 U.S.C. § 405(g) (2006)).