IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| LIZA MARTIN, on behalf of G.L.V., | : | CIVIL ACTION |
| | : | NO. 11-5955 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of the | : | |
| Social Security Administration, | : | |
| | : | |
| Defendant. | : | |


## O R D E R

**AND NOW**, this **27th** day of **November, 2012,** upon careful and independent consideration of the parties' briefs and the Report and Recommendation of U.S. Magistrate Judge Lynne A. Sitarski, it is hereby **ORDERED** as follows:

1. The Report and Recommendation (ECF No. 21) is **APPROVED** and **ADOPTED;**[1]

2. Plaintiff's Request for Review is **GRANTED;** and

3. This matter is **REMANDED** to the Commissioner for further proceedings consistent with the Report and Recommendation.

---

[1] Neither party filed objections to the Magistrate Judge's Report and Recommendation.

**It is further ORDERED** that the Clerk of the Court shall enter **JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT**[2] and shall mark this case as closed for statistical purposes.

**AND IT IS SO ORDERED.**


 s/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**

---

[2] In a sentence four case, "[t]he district court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or revising the decision of the Secretary, with or without remanding the cause for a rehearing. . . ." Shalala v. Schaefer, 509 U.S. 292, 296 n.1 (1993) (citing 42 U.S.C. § 405(g) (2006)).